IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| | ) | |
| IN RE APPLICATION OF THE | ) | |
| UNITED STATES OF AMERICA FOR | ) | Case No. 1:22-mc- |
| AN ORDER PURSUANT TO | ) | |
| 18 U.S.C. § 2703(d) | ) | **Filed Under Seal – Level II** |
| | ) | |

ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Oath Holdings, Inc., an electronic communications service provider and/or a remote computing service located in Sunnyvale, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Oath Holdings, Inc. shall, within ten days of the date of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Oath Holdings, Inc. shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account listed in Attachment A, or to any other person, for

one year, except that Oath Holdings, Inc. may disclose this Order to an attorney for Oath

Holdings, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until

otherwise ordered by the Court.

_____

United States Magistrate Judge

_____

Date

**ATTACHMENT A**

**I.      The Account(s)**

The Order applies to certain records and information associated with the following email account: rajatahir_45@yahoo.com.

**II.     Records and Other Information to Be Disclosed**

Oath Holdings, Inc. is required to disclose the following records and other information, if available, to the United States for the account listed in Part I of this Attachment ("Account"), for the time period January 1, 2021 through January 26, 2022.

A.      The following information about the customers or subscribers of the Account:

1.      Names (including subscriber names, user names, and screen names);
2.      Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
3.      Local and long distance telephone connection records (including records of text messages sent and received);
4.      Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
5.      Length of service (including start date) and types of service utilized;
6.      Telephone or instrument numbers (including MAC addresses);
7.      Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
8.      Means and source of payment for such service (including any credit card or bank account number) and billing records.

B.      All records and other information (not including the contents of communications) relating to the Account, including:

1.      Records of user activity for each connection made to or from the Account, including log files; messaging logs; the date, time, length, and method of connections; data transfer volume; user names; and source and destination Internet Protocol addresses; and
2.      Information about each communication sent or received by the Account, including the date and time of the communication, the method of communication, and the source and destination of the communication (such as source and destination email addresses, IP addresses, and telephone numbers).

The Provider is hereby ordered to disclose the above information to the government within **10 days** of issuance of this Order.

**<u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)</u>**

I, _____, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct.  I am employed by Oath Holdings, Inc., and my title is

_____.  I am qualified to authenticate the records attached hereto

because I am familiar with how the records were created, managed, stored, and retrieved.  I state

that the records attached hereto are true duplicates of the original records in the custody of Oath

Holdings, Inc.  The attached records consist of _____.  I further state that:

  a.  all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of Oath Holdings, Inc., and they were made by Oath Holdings, Inc. as a regular

practice; and

  b.  such records were generated by Oath Holdings, Inc.'s electronic process or

system that produces an accurate result, to wit:

    1.  the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of Oath Holdings, Inc. in a manner to ensure that they are true duplicates of

the original records; and

    2.  the process or system is regularly verified by Oath Holdings, Inc., and at

all times pertinent to the records certified here the process and system functioned properly and

normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                                Signature